# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI

|                    |   )   |            |
|--------------------|-------|------------|
|                    |   )   |            |
|                    |   )   |            |
| Plaintiff(s),      |   )   |            |
|                    |   )   |            |
| vs.                |   )   | Case No.   |
|                    |   )   |            |
|                    |   )   |            |
|                    |   )   |            |
| Defendant(s).      |   )   |            |

## DISCLOSURE OF ORGANIZATIONAL INTERESTS
## CERTIFICATE

Pursuant to Local Rule 3-2.09 of the Local Rules of the United States District Court for the Eastern District of Missouri and Federal Rule of Civil Procedure 7.1, Counsel of record for _____ hereby discloses the following organizational interests:

1.  If the subject organization is a corporation,

    a.  Its parent companies or corporations (if none, state "none"):

    b.  Its subsidiaries not wholly owned by the subject corporation (if none, state "none"):

    c.  Any publicly held company or corporation that owns ten percent (10%) or more
        of the subject corporation's stock (if none, state "none"):

2.  If the subject organization is a limited liability company or a limited liability partnership, its members and each member's state of citizenship:

                                                        _____
                                                      Signature (Counsel for Plaintiff/Defendant)
                                                      Print Name: _____
                                                      Address: _____
                                                      City/State/Zip: _____
                                                      Phone:  _____

## Certificate of Service

I hereby certify that a true copy of the foregoing Disclosure of Organizational Interests Certificate was served (by mail, by hand delivery, or by electronic notice) on all parties on: _____, 20_____.

                                                      _____
                                                              Signature