# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| Argonaut Great Central Insurance Company, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 4:17-cv-762 JAR |
| vs. | ) |
| | ) |
| Lincoln County, Missouri, *et al.,* | ) |
| | ) |
| Defendants. | ) |

## DEFENDANT LEAH ASKEY'S MOTION TO WITHDRAW HER SEPARATE MOTION FOR JUDGMENT ON THE PLEADINGS

Defendant Leah Askey filed a Motion For Judgment On The Pleadings on March 9, 2018 (Doc. #73). The motion was identical to a motion filed on behalf of all Lincoln County Defendants (Doc. #74), but it was filed separately due to the filer's technical inability to join Ms. Askey as a filer through the Court's Case Management/Electronic Case Files System.

To clarify the Court's record, defendant Askey moves for the withdrawal of her motion (Doc. #73) and the addition of her name as a filer of the Lincoln County Defendants' motion (Doc. #74).

Respectfully submitted,

BRUNTRAGER & BILLINGS, P.C.

*/s/ Neil J. Bruntrager*
Neil J. Bruntrager #M29688
Attorney for Lincoln County Defendants
1735 South Big Bend Boulevard
St. Louis, Missouri  63117
(314) 646-0066
(314) 646-0065  Fax
njbatty@aol.com

PAUL MARTIN P.C.

*/s/ Paul Martin*
Paul Martin #M34428
Attorney for Lincoln County Defendants
9322 Manchester Road
St. Louis, Missouri  63119
(314) 805-8800
(314) 961-6107  Fax
paul@paulmartinpc.com

Certificate Of Service

I hereby certify that on March 12. 2018 the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon the all counsel of record.

*/s/ Paul Martin*
Paul Martin #M34428